112 A.3d 1207

COMMONWEALTH of Pennsylvania, Petitioner

v.

Gabriel J. MARTINEZ, Respondent.

Commonwealth of Pennsylvania, Petitioner

v.

Shawn Patrick McGinnis Jr., Respondent.

Commonwealth of Pennsylvania, Petitioner

v.

Adam MacKenzie Grace, Respondent.

Commonwealth of Pennsylvania, Petitioner

v.

Christina J. Lasater, Respondent.

Supreme Court of Pennsylvania.

April 8, 2015.

## ORDER

PER CURIAM.

AND NOW, this 8th day of April, 2015, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

(1) Whether the Superior Court's application of its decision *Commonwealth v. Hainesworth* to the instant cases impermissibly expanded the contract clause to bind the Commonwealth to collateral consequences over which the Commonwealth has no control?